## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re:                              )
                                    )        Case No. 18-30426
ACE   MOTOR   ACCEPTANCE)                    Chapter 11
CORPORATION                         )
                                    )
                 Debtor.            )

---

### CERTIFICATE OF SERVICE

This is to certify that the undersigned has served the attached **EMERGENCY INTERIM CONSENT ORDER (I) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) SCHEDULING A FINAL HEARING** via ECF to all parties or their attorney of record requesting notice and the following:

U. S. Bankruptcy Administrator
alexandria_p_kenny@ncwba.uscourts.gov

Hamilton State Bank
c/o Brad A. Baldwin
brad@hmhwlaw.com

This is to further certify that the undersigned has served a copy of the attached **EMERGENCY INTERIM CONSENT ORDER (I) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, AND (III) SCHEDULING A FINAL HEARING** via first-class mail, postage prepaid to all parties on the attached matrix.

Dated: April 3, 2018.                    **THE HENDERSON LAW FIRM**

                                         **/s/**James H. Henderson
                                         James H. Henderson
                                         State Bar No. 13536
                                         1201 Harding Place
                                         Charlotte NC 28204-2826
                                         Telephone:      704.333.3444
                                         Facsimile:      704.333.5003

3 State Auto Recovery
3182 Jean Drive
Memphis, TN 38118

ADP Workforce Now
PO Box 9001006
Louisville, KY 40290

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Algood Agency
12719 Lindrick Lane
Charlotte, NC 28277

Allison Renea Dangerfield
5264 169th Road
Live Oak, FL 32060

American Fidelity
PO Box 268805
Oklahoma City, OK 73126-8805

Associates Asset Recovery
PO Box 12470
Florence, SC 29504

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Auto Master Systems Inc
116 N Main Street
Box 620
Sweetser, IN 46987

AutoScribe (Payment Vision)
9711 Washingtonian Blvd
Gaithersburg, MD 20878

Becky Jean Rector
PO Box 153
Travelers Rest, SC 29690

Blair Bohle & Whitsitt
10815 Sikes Place Suite 100
Charlotte, NC 28277

CARCO
415 Eagleview Boulevard
Exton, PA 19341

Carolina Auto Auction
140 Webb Road
Williamston, SC 29697

Charlotte Colocation Center LLC
PO BOx 2878
Monroe, NC 28111

Chase Professionals
PO Box 534501
Atlanta, GA 30353-4501

CIT Finance LLC
PO Box 550599
Jacksonville, FL 32255-0599

Collateral Specialists Inc
1670 Corporate Circle
Petaluma, CA 94954-6947

CPI Security
PO Box 602932
Charlotte, NC 28260-2932

Creative Circle
PO Box 74008799
Chicago, IL 60674-8799

Danila Jose Dos Santos
9145 Babbitt Way
Charlotte, NC 28216

Decision Dynamics Inc
PO Box 2078
Lexington, SC 29071

Donald Brown
4421 McCurdy Road
Indianapolis, IN 46234

Eagle Services & Towing LLC
c/o Batts Batts & Bell LLP
PO Drawer 8228
Rocky Mount, NC 27804-1228

East Coast Customs LLC
3701 Capital Boulevard
Raleigh, NC 27604

Employment Security Commission
 of North Carolina
PO Box 26504
Raleigh, NC 27611

Envirotest
1445 Brookville Way
Indianapolis, IN 46239

Experian
PO Box 881971
Los Angeles, CA 90088-1971

Experian Schaumburg
955 American lane
Schaumburg, IL 60173

First Tennessee Bank National
165 Madison Avenue
Attn: Commercial Finance Division
Memphis, TN 38103

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399

Gary Skelton
124 Snodgrass Street
Scottsboro, AL 35768

George K Clardy
c/o Batts Batts & Bell LLP
PO Drawer 8228
Rocky Mount, NC 27804-1228

Georgia Department of Revenue
1800 Century Center Blvd NE
Atlanta, GA 30345

Guardian
PO Box 824404
Philadelphia, PA 19182-4404

Hamilton State Bank
1907 Highway 211
Hoschton, GA 30548

Hamilton State Bank
PO Box 249
Braselton, GA 30517

Hanover Insurance
PO Box 580045
Charlotte, NC 28258-0045

Howard Mark Labiner
PO Box 3425
Matthews, NC 28106-3425

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
4905 Koger Blvd Suite 102, Mail
Stop #9
Greensboro, NC 27407-2734

Jamal Sprye
Gordon & Wolf Chtd
102 W Pennsylvania Ave Suite 402
Towson, MD 21204

Janet G Algood Irrevocable Trust
1499 Riverdale Drive
Oldsmar, FL 34677

Jeffrey Algood
2410 Woolery milll Drive
Bloomington, IN 47403

John Algood
2055 Diamond Court
Oldsmar, FL 34677

John G Algood
2055 Diamond Court
Oldsmar, FL 34677

John G Algood Living Trust
1155 Woodlands Boulevard
Oldsmar, FL 34677

Joseph G McKellar
Batts Batts & Bell LLP
PO Drawer 8228
Rocky Mount, NC 27804-1228

Joseph Mack, Executive Director
Civil Justice Inc
520 W Fayette Street Ste 410
Baltimore, MD 21201

Kentucky Department of Revenue
501 High Street
Frankfort, KY 40601

Kiah T Ford IV Esq
Parker Poe Adams & Bernstein LLP
401 S Tryon Street Ste 3000
Charlotte, NC 28202

Liberty Mutual Insurance
PO Box 2015
Keene, NH 03431-7051

Malvin Algood
1499 Riverdale Drive
Oldsmar, FL 34677

Manheim Jacksonville
10817 New Kings Road
Jacksonville, FL 32219

Manheim Statesville
145 Auction Lane
Statesville, NC 28625

Martin E Wolf
100 W Pennsylvania Ave Suite 100
Towson, MD 21204

McCoy Motors LLC
c/o David R. Badger P A
324 Arlington Avenue Suite 550
Charlotte, NC 28203

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Moore Ingram Johnson & Steele
326 Roswell Street
Emerson Overlook Suite 100
Marietta, GA 30060

Nathan D Adler
Neuberger Quinn Gielen Rubin
& Gibber P A
One South Street 27th Floor
Baltimore, MD 21202

National Creditors Connection Inc
14 Orchard Road Ste 100
Lake Forest, CA 92630

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

NC Dept of Motor Vehicles
PO Box 29615
Raleigh, NC 27626-0651

NC DMV
3148 Mail Service Center
Raleigh, NC 27697

One Path
170 Chastain Meadows Court
Kennesaw, GA 30144

Pamela S Duffy
Sharpless & Stavola P A
200 S Elm Street Suite 400
Greensboro, NC 27401

Pauline Williams
4490 West Crestwood Drive
Bloomington, IN 47404

Piedmont Natural Gas
PO Box 660920
Dallas, TX 75266-0920

Pitney Bowes Global
PO Box 371887
Pittsburgh, PA 15250

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Recovery Database Network
1620 S Stapley Drive
Mesa, AZ 85204

Reliable Rides Auto Sales LLC
614 W Wade Hampton Boulevard
Greer, SC 29650

Richard S Gordon
Gordon & Wolf Chtd
102 West Pennsylvania AveSte 402
Towson, MD 21204

Russell E Algood
11830 Dan Maples Drive
Charlotte, NC 28277

Russell Edward Algood
Revocable Trust dated 5/15/2013
11830 Dan Maples Drive
Charlotte, NC 28277

Salesforce
One Market Street
San Francisco, CA 94105

SC Department of Revenue
300A Outlet Pointe Boulevard
Columbia, SC 29201

Securities and Exchange Com
Office of Reorganization
950 E Paces Ferry Road Ste 900
Atlanta, GA 30326-1382

Shirley Cook
7385 Deerfield Drive
Greenfield, IN 46140

Shirley Karch
7385 Deerfield Drive
Greenfield, IN 46140

Shred-It Charlotte
28883 Network Place
Chicago, IL 60673-1288

Smoothwall Inc
Woodfield Corporate Ctr Ste 410
8008 Corporate Center Drive
Charlotte, NC 28226-4489

Steven A Cook
13902 Rue Charlot Lane
Mc Cordsville, IN 46055

Steven Douglas Wilson
104 Drury Court
Hortense, GA 31543

Stuart Algood
11830 Dan Maples Drive
Charlotte, NC 28277

Superior Cleaning Service Inc
315 Springbank Lane Ste H
Charlotte, NC 28226

Tamco Capital Corp/FlexGuard
Attn: Maria Miguel Torena
311 Park Place Blvd # 100
Clearwater, FL 33761

Tamco Capital Corporation
800 Walnut Strret
Des Moines, IA 50309

TCN Inc
162 N 400 E Building B 2nd Floor
Saint George, UT 84770

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN 37242-0700

Texas Comptroller of Public Accts
PO Box 13528
Capital Station
Austin, TX 78711-3528

The Malvin L Algood Living Trust
1499 Riverdale Drive
Oldsmar, FL 34677

Thomas Reuters - West
PO Box 6292
Carol Stream, IL 60197

Time Warner Cable
PO Box 70872
Charlotte, NC 28272-0872

Toshiba
PO Box 790448
Saint Louis, MO 63179-0448

U S Attorney's Office
227 West Trade Street Ste 1650
Charlotte, NC 28202

U S Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Union County Tax Collector
PO Box 38
Monroe, NC 28111

United Healthcare
PO Box 94017
Palatine, IL 60094-4017

VA DMV
2300 W Broad Street
Richmond, VA 23269

Virginia Department of Taxation
PO Box 1115
Richmond, VA 23218

Windstream
PO Box 9001908
Louisville, KY 40290-1908

Xcentri
PO Box 531760
Atlanta, GA 30353-1760