

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 18−30426
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Ace Motor Acceptance Corporation
   111 Cupped Oak Drive Suite F
   Matthews, NC 28104
   Social Security No.:
   Debtor EIN:
   56−2101418

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 07/29/2019 as document # 205 is defective for the reason(s) marked below:

Certificate of service attached incorrectly references service on motion to appear pro hac vice.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: July 30, 2019                                                                                   Steven T. Salata
                                                                                                       Clerk of Court

Electronically filed and signed (7/30/19)