

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 18−30426
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Ace Motor Acceptance Corporation
  111 Cupped Oak Drive Suite F
  Matthews, NC 28104
  Social Security No.:
  Debtor EIN:
  56−2101418

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Monthly Status/Operating Report filed in the above referenced case on 07/29/2020 as document # 348 is defective for the reason(s) marked below:

  Document(s) filed do not comply with Federal Bankruptcy Rule 9037−Privacy Protection.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: July 30, 2020                                                              Steven T. Salata
                                                                                  Clerk of Court

Electronically filed and signed (7/30/20)