# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE:     ACE MOTOR ACCEPTANCE CORPORATION

CASE NO:    18-30426

**Reporting Period:**

FROM:     9-1-2020

TO:     9.30.20

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of __16__ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: 10.30.20      _R. E. Allgood_

Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of __16__ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: 12.31.2020      _Bill F. Henderson_

Attorney for Debtor

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION** Date: 9-1-20 ~~9-01-20~~    AMOUNT: $817,811.93

| CASH RECEIPTS<br>Description | AMOUNT | CASH DISBURSEMENTS<br>Description | AMOUNT |
|---|---|---|---|
| Interest Axos Bank | $60.36 | Inventory Purchased | |
| | | Salaries/Wages | $1,886.36 |
| Interest First Internet bank | $36.06 | Taxes (Total) | |
| Payments on Accounts less the NRB fee of $1449.75 | $2232.25 | Insurance (Total) | |
| MS refund | $256.00 | Unsecured Loan Payments | |
| Aul Commissions | | Utilities (Total) | $478.91 |
| Sale of Audi to REA | $35,000.00 | Rent/Mortgage Payments | $79.00 |
| | | Quarterly BK Fee | |
| | | Legal Fees | |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | Supplies | |
| | | Priority Claims per plan | |
| | | Services | $1.00 |
| | | | |
| | | Secured Creditors per plan | $400,000 |
| | | | |
| TOTAL CASH RECEIPTS | $37584.67 | TOTAL DISBURSEMENTS | $2,454.27 |

**ENDING CASH POSITION** DATE: 9.30.20    AMOUNT: $ 852,942.33

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: **First Citizens Bank**

Address: **P O Box 27131**
Street and/or P. O. Box Number

**Raliegh**        **NC**        **27611**
City                State        Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): **Basic Business Checking**

Account Number: **0070**

DATE PERIOD BEGINS: **9-1-20**

Ending Balance (per the attached bank statement for this period)   $ **66,940.71**

Outstanding Deposits and Other Credits Not On Statement   $ **—**

Outstanding Checks and Other Debits Not On Statement   $ **—**

Ending Reconciled Balance*   $ **66,940.71**

DATE PERIOD ENDS: **9-30-70**

HIGHEST Daily Balance $ **66,959.71**



# First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
855

06416
ACE MOTOR ACCEPTANCE CORP
DEBTOR IN POSSESSION
11830 DAN MAPLES DR
CHARLOTTE NC 28277

| Your Account(s) At A Glance | |
|---|---|
| Checking Balance | 66,940.71+ |

Statement Period: September 1, 2020    Thru September 30, 2020    Account Number: XXXXX0070

## Basic Business Checking
Account Number: XXXXX0070

Enclosures In Statement: 0

| | | |
|---|---|---|
| Beginning Balance | 31,822.63+ | |
| 5 Deposits | 36,705.45+ | Statement Period Days  30 |
| 1 Other Credits | 782.90+ | Average Ledger Balance  58,011.00+ |
| 1 Checks | 1,780.83- | |
| 4 Other Debits | 589.44- | |
| Monthly Service Charge | 0.00 | |
| **Ending Balance** | **66,940.71+** | |

## Deposits To Your Account

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-01 | 8.22 | 09-09 | 35,000.00 | 09-22 | 256.00 |
| 09-09 | 391.23 | 09-09 | 1,050.00 | | |

## Other Credits To Your Account

| Date | Description | Amount |
|---|---|---|
| 09-01 | Mobile Check Deposit | 782.90 |
| | Total | 782.90 |

## Checks Paid From Your Account

| Check No. | Date | Amount |
|---|---|---|
| 1085 | 09-14 | 1,780.83 |

*Prior Check Number(s) Not Included or Out of Sequence.

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 09-09 | POS Sig 09/08 Visa #5299 Union County 704-296-4210 NC | 478.21 |
| 09-18 | Adp Payroll Fees Adp - Fees *rdl* ***9324 | 92.23 |
| 09-25 | Adp Payroll Fees Adp - Fees *rdl* ***2936 | 14.00 |
| 09-30 | Paper Statement Fee | 5.00 |
| | Total | 589.44 |



Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

Page 1 of 4

Statement Period: September 1, 2020  Thru September 30, 2020                    Account Number :  ▮▮▮▮▮10070

## Daily Balance Summary

| Date  | Balance     | Date  | Balance     | Date  | Balance     |
|-------|-------------|-------|-------------|-------|-------------|
| 09-01 | 32,613.75+  | 09-18 | 66,703.71+  | 09-30 | 66,940.71+  |
| 09-09 | 68,576.77+  | 09-22 | 66,959.71+  |       |             |
| 09-14 | 66,795.94+  | 09-25 | 66,945.71+  |       |             |

### Notice of Change
### Disclosure of Business Account and Miscellaneous Fees and Services

**The Following Fee Changes for First Citizens Bank
Are Effective October 1, 2020**

*Unless otherwise noted, all other current fees remain unchanged.*

**Night Bag Processing Fee Change**

Effective October 1, 2020, the night bag processing fee will change to **$1.75** for any type of night bag (cloth, vinyl or disposable).

FCB-B (08-09/20)

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: **AXOS**

Address: **P O Box 509127**

Street and/or P. O. Box Number

City: **San Diego**   State: **CA**   Zip Code: **91250-9948**

Type of Account:
(i.e., Payroll, Tax, Operating): **D I P**

Account Number: **2099**

DATE PERIOD BEGINS: **9-1-30**

Ending Balance (per the attached bank statement for this period): $ **183,825.56**

Outstanding Deposits and Other Credits Not On Statement: $ **—**

Outstanding Checks and Other Debits Not On Statement: $ **—**

Ending Reconciled Balance*: $ **183,825.56**

DATE PERIOD ENDS: **9-30-20**

Highest Daily Balance During Above Period: $ **183,844.30**

```
                                              Date   9/30/20           Page      1
                                              Primary Account                 2099


    ACE MOTOR ACCEPTANCE CORPORATION
    DEBTOR IN POSSESSION CASE#18-30426
    111 CUPPED OAK DRIVE SUITE F
    MATTHEWS NC 28104




Account Title:          ACE MOTOR ACCEPTANCE CORPORATION
                        DEBTOR IN POSSESSION CASE#18-30426
Business Interest Checking                  Number of Enclosures                 0
Account Number                    2099      Statement Dates   9/01/20 thru  9/30/20
Previous Balance            183,844.30      Days in the statement period       30
     Deposits/Credits              .00      Avg Daily Ledger            183,770.56
   1 Checks/Debits               79.00      Avg Daily Collected         183,770.56
Maintenance Fee                    .00      Interest Earned                  60.26
Interest Paid                    60.26      Annual Percentage Yield Earned   0.40%
Ending Balance              183,825.56      2020 Interest Paid           12,889.33
----------------------------------------------------------------------------------

DEPOSITS AND OTHER CREDITS
Date     Description                                      Amount
9/30     Interest Paid                                     60.26

----------------------------------------------------------------------------------

CHECKS AND WITHDRAWALS
Date     Description                                      Amount
9/03     RENTAL     Public Storage I                       79.00-
         PPD 091000016317688
         ACE MOTOR ACCEPTANCE C

----------------------------------------------------------------------------------

DAILY BALANCE INFORMATION
Date         Balance   Date         Balance   Date             Balance
9/01      183,844.30   9/03      183,765.30   9/30          183,825.56
```

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: First Internet Bank

Address: P O Box 6080
Street and/or P. O. Box Number

Indianapolis          IN          46308
City                  State       Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):     Basic Money Markrt

Account Number:     0593

DATE PERIOD BEGINS:     9-1-20

Ending Balance (per the attached
bank statement for this period)     $ 67,878.65

Outstanding Deposits and Other
Credits Not On Statement            $ —

Outstanding Checks and Other
Debits Not On Statement             $ —

Ending Reconciled Balance*          $ 67,878.65

DATE PERIOD ENDS:     9-30-20

Highest Daily Balance During Above Period $ 67,878.65



FIRST INTERNET BANK
PO Box 6080
Fishers, IN 46038
888-873-3424
www.firstib.com

| Statement of Account | |
|---|---|
| Statement Start: | 09/01/2020 |
| Statement End: | 09/30/2020 |
| Page: | 1 of 1 |

**Have a question?**
Contact us at 1-888-873-3424
Monday-Friday, 7:00 AM to 9:00 PM EST
Saturday, 9:00 AM to 3:00 PM EST

ACE MOTOR ACCEPTANCE CORPORATION
111 CUPPED OAK DRIVE
MATTHEWS NC 28104

## Statement Summary

| Account Description | Account Number | Beginning Balance | Total Credits / Payments | Total Debits / Advances | Ending Balance |
|---|---|---|---|---|---|
| Business Money Market | ████0593 | $67,842.79 | $36.06 | $0.00 | $67,878.85 |

### Business Money Market ████0593

| | | | |
|---|---|---|---|
| Beginning Balance | $67,842.79 | Annual Percentage Yield Earned | 0.65% |
| Deposits / Credits | $0.00 | YTD Interest | $1,648.75 |
| Interest Paid | $36.06 | | |
| Checks / Debits | $0.00 | | |
| Fees | $0.00 | | |
| Ending Balance | $67,878.85 | | |

## Account Activity

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 09/01/2020 | Beginning Balance | | | $67,842.79 |
| 09/30/2020 | Credit Interest | | $36.06 | $67,878.85 |



FDIC

3458   rev 03-17

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT. ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

Name of Bank: **First Citizens Bank**

Address: **P O Box 27131**
Street and/or P. O. Box Number

**Raliegh**     **NC**     **27611**
City     State     Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating): **Basic Business Checking**

Account Number: **0026**

DATE PERIOD BEGINS: **9-1-20**

Ending Balance (per the attached bank statement for this period)     $ **534,297.21**

Outstanding Deposits and Other Credits Not On Statement     $ —

Outstanding Checks and Other Debits Not On Statement     $ —

Ending Reconciled Balance*     $ **534,297.21**

DATE PERIOD ENDS: **9-30-20**

HIGHEST DAILY BALANCE $534,302.21



# First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
855

06422
ACE MOTOR ACCEPTANCE CORP
ESCROW ACCOUNT
11830 DAN MAPLES DR
CHARLOTTE NC 28277-9654

**Your Account(s) At A Glance**
Checking
Balance          534,297.21+

Statement Period: September 1, 2020   Thru September 30, 2020       Account Number: 0206



**Basic Business Checking**
Account Number: 0206                                      Enclosures In Statement: 0

| | | |
|---|---|---|
| **Beginning Balance** | 534,302.21+ | |
| 0 Deposits | 0.00 | Statement Period Days  30 |
| 0 Other Credits | 0.00 | Average Ledger Balance  534,302.00+ |
| 0 Checks | 0.00 | |
| 1 Other Debits | 5.00- | |
| Monthly Service Charge | 0.00 | |
| **Ending Balance** | 534,297.21+ | |

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 09-30 | Paper Statement Fee | 5.00 |
| | Total | 5.00 |

## Daily Balance Summary

| Date | Balance |
|---|---|
| 09-30 | 534,297.21+ |



Statements will be produced semi-annually for accounts with no debits or credits for twelve consecutive months, and if you have check return, it will be changed to check image. Interim statements are available upon request. Any applicable service charges will continue to apply. If a credit or debit is subsequently posted, the account will return to active status and monthly statements (with check image) will resume.



Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
|  |  | $ |
| Russell Algood | Owner & Officer | $2,000.00 |
|  |  | $ |
|  |  | $ |
|  |  | $ |

**Non-Insider Employees:**
Type (i.e., Salaried, Wage)

| | | AMOUNT PAID |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**Commission/Bonus Payments:**

| | | |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**Independent Contractors:**

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| | |
|---|---|
| **Total Salary/Wage/Commission/Payments** | $2,000.00 |

\* "Insider" is defined in 11U.S.C. Sec101(31)

# SALES/ACCOUNTS RECEIVABLE

I. Accounts Receivable Pending As of:     9-30-20
                                                                        (Date of Reporting Period)

II. Sales (gross) During Reporting Period:    $ _____

III. Collections of Accounts Receivable During Reporting Period:    $ _____

IV. New Accounts Receivables Generated During Reporting Period:    $ _____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $44,429 | | $ |
| 31-60 DAYS | $31,762 | | $ |
| 61-90 DAYS | $48,063 | | $ |
| 91-120 DAYS | $34,225 | | $ |
| 120 DAYS AND OVER | $52,500 | | $ |
| TOTAL | $210,979 | $ | $ |

# INVENTORY (Cost Basis)

Beginning Date: _____      Ending Date: _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE\*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| N/A | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | | | | | |
| | $ | $ | $ | $ | $ |

**ACCRUED POST-PETITION LIABILITIES**   All accrued liabilities existing at the end of this reporting period are listed below or on the sheet (s) attached. Exclude current liabilities which are NOT past due   N/A

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| | | |

Total Accrued Liabilities                                        $

## AFFIRMATIONS

1. Yes __X__   No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2. Yes __X__   No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3. Yes __X__   No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4. Yes __X__   No*_____   All post-petition taxes have been paid or deposited into a designated tax account.

5. Yes __X__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6. Yes __X__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.

\*   If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.

## PAYMENTS TO SECURED CREDITORS

___     No Secured Debt

___     No Secured Debt Payments Made During Reporting Period

_X_     All Secured Debt Payments Made During Reporting Period Are Listed Below:

| | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## PAYMENTS ON PRE-PETITION DEBT

___     No payments have been made on pre-petition unsecured debt during the reporting period.

_X_     All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |